

**Entered on Docket**
**January 15, 2010**

*Bruce A. Markell*

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
900 South Fourth Street, Suite 101
Las Vegas, Nevada 89101
Phone (702) 635-8529
Fax (702) 537-2800
E-mail jsanchez@sanchezlawgroup.net
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) BK-09-27319-BAM |
| | ) CHAPTER 7 |
| RAUL CORRILO | ) |
| & | ) **ORDER REOPENING CASE FOR THE** |
| NORMA CORRILO | ) **ISSUANCE OF A DISCHARGE** |
| | ) |
| Debtor(s) | ) DATE: NA |
| | ) TIME: NA |
| | ) ESTIMATED TIME FOR HEARING: NA |

On January 5, 2010, the clerk's office closed the Debtors' case without a discharge.  The Debtors failed to file the required statement certifying completion of an instructional course after the filing of their bankruptcy petition. The Debtors have since filed the Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form B23) required for discharge, and have paid the reopening fee.

### ###

IT IS ORDERED that:

a.  A trustee shall not be appointed in this case absent further order of the court;

b.  The above-entitled case be reopened by the clerk's office; and

c.  If the Debtors are otherwise eligible, the clerk shall enter the discharge, and close the

case.

###