# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–27319–bam</u>
**Chapter 7**

In re: (Name of Debtor)
   RAUL CORRILO                            NORMA CORRILO
   2928 WEBSTER AVENUE           2928 WEBSTER AVENUE
   NORTH LAS VEGAS, NV 89030     NORTH LAS VEGAS, NV 89030

Social Security No.:
   xxx–xx–8991                                     xxx–xx–9677

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 1/19/10                                 BY THE COURT

*Mary A. Schott*

                                                Mary A. Schott
                                                Clerk of the Bankruptcy Court